ACCEPTED
03-15-00076-CR
6517116
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/17/2015 9:47:45 AM
JEFFREY D. KYLE
CLERK

## IN THE THIRD COURT OF APPEALS
## FOR THE STATE OF TEXAS

**EVERTON ROXROY BAILEY, JR.**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/17/2015 9:47:45 AM
JEFFREY D. KYLE
Clerk

**V.**                                                             **NO. 03-15-00076-CR**

**THE STATE OF TEXAS**

## APPELLANT'S SECOND MOTION FOR
## EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE THIRD COURT OF APPEALS:

COMES NOW, Everton Roxroy Bailey, Jr., by and through his attorney of record, Dal Ruggles, and files this his Second Motion for Extension of Time to File Brief and in support thereof, would show the Court the following:

### I.

That the above-styled and numbered cause is styled The State of Texas v. Everton Roxroy Bailey, Jr., Cause Number 13-0933-K26 in the 26th Judicial District Court of Williamson County, Texas.

### II.

Appellant was convicted of Aggravated Assault w/Deadly Weapon – Family Violence w/Serious Bodily Injury. Appellant was sentenced on January 8, 2015 and punishment was assessed at thirty-seven (37) years imprisonment.

### III.

Appellant's notice of appeal was filed on January 28, 2015. A motion for

1

new trial was filed on January 14, 2015. The reporter's record was filed on May 22, 2015. The clerk's record was filed on February 10, 2015. A supplemental clerk's record was filed on February 12, 2015. The due date for the brief is Monday, August 17, 2015.

## IV.

This is Appellant's second motion for extension of time to file his brief. Appellant respectfully requests a forty-five day extension of time to file the brief, which would make such brief due on Thursday, October 1, 2015.

## V.

The undersigned attorney has been unable to complete the brief due to a heavy workload that has not allowed him to devote sufficient time to complete the brief. Counsel is currently working on several appeals, one of which, Cynthia Schlapper v. State of Texas, Cause No. 07-15-00154 CR, was completed and submitted on August 12, 2015. Counsel has completed a review of the record in this case and is currently researching legal arguments and drafting the brief. He asks that this extension be granted so that he may effectively represent Appellant and so that justice may be done in this case.

Respectfully Submitted,


 /s/  Dal Ruggles
DAL RUGGLES
Attorney at Law

2

1103 Nueces St.
Austin, Texas 78701
Phone: (512) 477-7991
Facsimile: (512) 477-3580
SBN: 24041834
Email: dal@ruggleslaw.com
ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I, Dal Ruggles, hereby certify that a true and correct copy of the foregoing

Appellant's Second Motion for Extension of Time to File Brief was e-served to

Mr. John C. Prezas of the Williamson County District Attorney's Office on this the

17th day of August, 2015.

/s/  Dal Ruggles
DAL RUGGLES